19997

Frank HART and Betty S. Hart, Appellants, v. SOUTH CAROLINA STATE HIGHWAY DEPARTMENT, Respondent

(213 S. E. (2d) 595)

*Messrs. Joseph W. Board and J. Redmond Coyle,* of Pickens, *for Appellants.*

*Messrs. Acker and Acker,* of Pickens, *for Respondent.*

April 15, 1975.

*Per Curiam:*

This is an appeal from the Civil and Criminal Court of Pickens County, the disposition of which is controlled by the opinion of this Court in the case of *Cort Industries Corporation v. Swirl, Inc.,* 213 S. E. (2d) 445, filed March 31, 1975. This appeal is accordingly remanded to the circuit court for consideration of the appeal.